**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARIANNE JORDAN, )<br>individually and on behalf of a class, )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　vs. )<br>　　　　　　　　　　　　　　　　　　　　)<br>WELLS FARGO BANK, N.A., d/b/a )<br>WELLS FARGO HOME MORTGAGE; )<br>AMERICA'S SERVICING COMPANY; )<br>and DOES 1-5 )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendants. ) | 08 C 1394<br><br>Judge Norgle<br><br>Magistrate Judge Denlow<br><br><br><br>**JURY DEMAND** |

**NOTICE OF FILING**

TO:　　SEE ATTACHED SERVICE LIST

　　　　**PLEASE TAKE NOTICE** that on May 20, 2008, plaintiff, through counsel, hereby filed **AMENDED COMPLAINT,** a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　s/ Al Hofeld, Jr.
　　　　　　　　　　　　　　　　　　　　Al Hofeld, Jr.


Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project,
208 S. LaSalle Street, Suite #1650
Chicago, Illinois 60604
Phone - (312) 345-1004
Fax – (312) 346-3242
al@alhofeldlaw.com

1

## **CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

      I, Al Hofeld, Jr., attorney for plaintiff, hereby certify that on May 20, 2008, service of the foregoing ***Amended Complaint,*** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                 s/Al Hofeld, Jr.
                                                 Al Hofeld, Jr.