**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARIANNE JORDAN,<br>individually and on behalf of a class,<br><br>          Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A., d/b/a<br>WELLS FARGO HOME MORTGAGE;<br>AMERICA'S SERVICING COMPANY;<br>and DOES 1-5<br><br>          Defendants. | 08 C 1394<br><br>Judge Norgle<br><br>Magistrate Judge Denlow<br><br><br>**JURY DEMAND** |

**NOTICE OF F.R.C.P. 41(a)(1) DISMISSAL OF DEFENDANTS WELLS FARGO BANK, N.A., D/B/A WELLS FARGO HOME MORTGAGE AND <u>AMERICA'S SERVICING COMPANY</u>**

Pursuant to F.R.C.P. 41(a), plaintiff in the above-captioned action hereby voluntarily dismisses, without prejudice, all counts against defendants Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage and America's Servicing Company. All of the requirements of a F.R.C.P. 41(a) dismissal are met.

                                        Respectfully submitted,


                                        <u>s/Al Hofeld, Jr.</u>
                                        Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project,
208 S. LaSalle Street, Suite #1650
Chicago, Illinois 60604
Phone - (312) 345-1004
Fax – (312) 346-3242
al@alhofeldlaw.com

1

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

      I, Al Hofeld, Jr., attorney for plaintiffs, hereby certify that on May 20, 2008, service of the foregoing ***Notice of F.R.C.P. 41(a)(1) Dismissal of Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage and America's Servicing Company,*** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                  s/Al Hofeld, Jr.
                                                  Al Hofeld, Jr.