**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARIANNE JORDAN, | ) | |
| individually and on behalf of a class, | ) | |
| | ) | 08 C 1394 |
| Plaintiff, | ) | |
| | ) | Judge Norgle |
| vs. | ) | |
| | ) | Magistrate Judge Denlow |
| U.S. BANK, N.A., AS TRUSTEE FOR | ) | |
| THE STRUCTURED ASSET | ) | |
| INVESTMENT LOAN TRUST, 2005-9; | ) | |
| and DOES 1-5, | ) | |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

<u>**PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED COMPLAINT**</u>

Plaintiff respectfully requests that the Court enter an Order granting her leave to file a corrected Amended Complaint, a copy of which is attached hereto as <u>Appendix A</u>.  In support of her motion, plaintiff states as follows:

1.      Former defendant America's Servicing Company inadvertently provided plaintiff's counsel with an incomplete name for the trust that is, on information and belief, the present assignee of ownership of plaintiff's loan.

2.      The correct name is critical because TILA provides for assignee liability.

3.      Plaintiff's proposed Corrected Amended Complaint adds the entity's full name, i.e., U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-9.

4.      Plaintiff's proposed, corrected amended complaint does not contain any other changes.

1

WHEREFORE, plaintiff respectfully requests that the Court enter an Order allowing plaintiff to file her corrected, Amended Complaint, a copy of which is attached as Appendix A, and granting any other or further relief that the Court deems just.

Respectfully submitted,

s/Al Hofeld, Jr.
Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project,
208 S. LaSalle Street, Suite #1650
Chicago, Illinois 60604
Phone - (312) 345-1004
Fax – (312) 346-3242
al@alhofeldlaw.com

1