**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARIANNE JORDAN, ) | |
| individually and on behalf of a class, ) | |
| ) | 08 C 1394 |
| Plaintiff, ) | |
| ) | Judge Norgle |
| vs. ) | |
| ) | Magistrate Judge Denlow |
| U.S. BANK, N.A., AS TRUSTEE FOR ) | |
| THE STRUCTURED ASSET ) | |
| INVESTMENT LOAN TRUST, 2005-9; ) | |
| and DOES 1-5, ) | |
| ) | **JURY DEMANDED** |
| Defendants. ) | |

**NOTICE OF MOTION**

**TO:   SEE ATTACHED SERVICE LIST**

      **PLEASE TAKE NOTICE** that on **Friday, June 13, 2008** at **10:30 a.m.**, we shall appear before the Honorable Judge Charles R. Norgle in Room 2341 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED AMENDED COMPLAINT,** a copy of which is hereby served upon you.

                                                 s/ Al Hofeld, Jr.
                                                 Al Hofeld, Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project
208 S. LaSalle Street, Suite #1650
Chicago, Illinois  60604
(312) 345-1004
(312) 346-3242 (FAX)
al@alhofeldlaw.com

1

### CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

  I, Al Hofeld, Jr., attorney for plaintiff, hereby certify that on June 10, 2008, service of the foregoing Plaintiff's ***Motion For Leave To File Corrected Amended Complaint*** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

           s/Al Hofeld, Jr.
           Al Hofeld, Jr.