# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Marianne Jordan

                         Plaintiff,

v.                                          Case No.: 1:08–cv–01394
                                                     Honorable Charles R. Norgle Sr.

America's Servicing Company, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2008:

        MINUTE entry before the Honorable Charles R. Norgle, Sr: Plaintiff's Motion for Leave to File Corrected Complaint [10] is granted. Defendants are given until 7/16/2008 to answer or otherwise plead to the Corrected Amended Complaint. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.