AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Marianne Jordan,
individually and on behalf of a class,
plaintiff,

V.

U.S. Bank, N.A. and Does 1-5,
defendants.

CASE NUMBER: 08 C 1394

ASSIGNED JUDGE: Norgle

DESIGNATED
MAGISTRATE JUDGE: Denlow

TO: (Name and address of Defendant)

U.S. Bank, N.A.
425 Walnut Street,
Cincinnati, Ohio 45202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Al Hofeld, Jr.
Law Offices of Al Hofeld, Jr., LLC
208 South LaSalle Street, Suite #1650
Chicago, IL 60604
312-345-1004

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*[signature]*

(By) DEPUTY CLERK

May 30, 2008

Date



AO 440 (Rev. 05/60) Summons in a Civil Action

| (Marianne Jordan) | RETURN OF SERVICE | CASE #: 08-C-1394 |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | | DATE 6-16-08 |
| NAME OF SERVER (PRINT) GARY U. NEVILLE | | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Serve: Served to Authorized Person, Gina Garrett, Project Specialist Manager.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-24-08
            Date

Signature of Server
GARY U. NEVILLE
2859 Werkridge Drive
Cincinnati, Ohio 45248

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.