# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| Marianne Jordan, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 08 C 1394 |
| v. ) | |
| ) | Judge Norgle |
| U.S. Bank N.A. as trustee for The Structured ) | |
| Asset Investment Loan Trust, 2005-9 and ) | Magistrate Judge Denlow |
| DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. Bank N.A. as trustee for The Structured Asset Investment Loan Trust, 2005-9

| |
|---|
| SIGNATURE  s/Justin M. Penn |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle St., Suite 300 |
| CITY/STATE/ZIP  Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06283726 | (312) 704-3157 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

6355301v1 2866

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 25, 2008, I electronically filed **Defendants' Appearance,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                                                By:    s/Justin M. Penn
                                                               Justin M. Penn
                                                               Attorney Bar No. **06283726**
                                                               HINSHAW & CULBERTSON
                                                               222 N. LaSalle Street, Ste 300
                                                               Chicago, IL 60601
                                                               (312) 704-3000
                                                               jpenn@hinshawlaw.com

6355301v1 2866