**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Marianne Jordan
                              Plaintiff,

v.                                              Case No.: 1:08−cv−01394
                                                Honorable Charles R. Norgle Sr.

America's Servicing Company, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

   MINUTE entry before the Honorable Charles R. Norgle, Sr: Status hearing held on 8/26/2008. Defendant given 21 days to answer or otherwise plead. Status hearing is continued to 11/7/2008 at 9:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.